IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SMITH,<br><br>        Defendant. | **8:20CR78**<br><br>**ORDER** |

THIS MATTER is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, Christopher Smith (Filing No. 18). Robb N. Gage has filed an entry of appearance as retained counsel for Christopher Smith. Therefore, Mary C. Gryva's motion to withdraw (Filing No. 18) will be granted.

Mary C. Gryva shall forthwith provide Robb N. Gage any discovery materials provided to the defendant by the government and any such other materials obtained by Mary C. Gryva which are material to Christopher Smith's defense.

Dated this 16th day of March, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge