IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR78 |
| vs. | ) | |
| CHRISTOPHER SMITH, ERIC NEVILLE and WILLIAM VANDETTI, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court upon Defendant Christopher Smith's Unopposed Motion to Continue Trial [80]. The parties are in plea negotiations and may be able to resolve the case without a trial. For good cause shown,

**IT IS ORDERED** that Defendant Christopher Smith's Unopposed Motion to Continue Trial [80] is granted, as follows:

1. The jury trial, **for all Defendants,** now set for March 16, 2021, is continued to **April 20, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 20, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** February 25, 2021.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**