IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SMITH, ERIC NEVILLE, and WILLIAM VANDETTI,<br><br>Defendants. | 8:20-CR-78<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture, Filing 189. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On December 3, 2021, the Court entered a Preliminary Order of Forfeiture Filing 151, forfeiting defendants' interest in the following:

    a. The $1,210.00 United States currency seized from Christopher Smith on or about December 18, 2019;

    b. The $1,790.00 United States currency seized from Christopher Smith on or about February 28, 2020;

    c. The $6,645.00 United States currency seized from Eric Neville and William Vandetti on or about February 28, 2020.

2. On February 3, 2022, the United States filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject Property. Filing 188.

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture, Filing 189, is granted;

2. All right, title and interest in and to the above-referenced currency held by any person or entity is forever barred and foreclosed;

3. The above-referenced currency is forfeited to the government;

4. The government is directed to dispose of that currency in accordance with law.

Dated this 17th day of February, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge