IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER SMITH,<br><br>　　　　　　Defendant. | 8:20CR78<br><br>ORDER |

　　　This matter is before the court on the motion of Federal Public Defender Jennifer L. Gilg and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Christopher Smith (Filing No. 257). Jennifer L. Gilg represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Jennifer L. Gilg's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 257) is granted.

　　　Karen L. Vervaecke, 440 Regency Parkway Drive, Suite 210, Omaha, NE 68114, (402) 504-1818, is appointed to represent Christopher Smith for the balance of these proceedings pursuant to the Criminal Justice Act. Jennifer L. Gilg shall forthwith provide Karen L. Vervaecke with the discovery materials provided the defendant by the government and such other materials obtained by Jennifer L. Gilg which are material to Christopher Smith's defense.

　　　The clerk shall provide a copy of this order to Karen L. Vervaecke, and she shall file her appearance forthwith.

　　　**IT IS SO ORDERED.**

　　　Dated this 4th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge