IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR78 |
| vs. | ORDER |
| CHRISTOPHER SMITH, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Karen L. Vervaecke to withdraw as counsel for the defendant, Christopher Smith (Filing No. 267). For good cause shown, the motion will be granted. Christopher J. Roth, 1213 Jones Street, Omaha, Nebraska 68102, Telephone No. 712-310-7859, is appointed to represent the defendant for the remainder of the proceedings and shall forthwith file an appearance in this matter. Karen L. Vervaecke's motion to withdraw (Filing No. 267) is granted.

Karen L. Vervaecke shall forthwith provide Christopher J. Roth any discovery materials provided to the defendant by the government and any such other materials obtained by Karen L. Vervaecke which are material to Christopher Smith's defense.

The clerk shall provide a copy of this order to Christopher J. Roth.

Dated this 18th day of September, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge