IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SMITH,<br><br>Defendant. | 8:20CR78<br><br>ORDER ON MOTION FOR EXTENSION |

This case is before the Court on defendant Christopher Smith's Motion for Extension, Filing 286, seeking a 14-day extension to March 27, 2024, to file his objections to United States Magistrate Judge Susan M. Bazis's Findings and Recommendation, Filing 285. Defendant's counsel seeks additional time to review the record, research the law, and draft objections. Defendant also represents that the counsel for the United States has been consulted and does not oppose an extension. Accordingly,

IT IS ORDERED that defendant Christopher Smith's Motion for Extension, Filing 286, is granted, and defendant Smith shall have to and including March 27, 2024, to file objections to the Findings and Recommendation.

Dated this 11th day of March, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1